### 918.  CHAMBLEE *v.* THE STATE.

HILL, C. J.  No error of law is assigned; and the evidence, though weak, warrants the verdict.                    *Judgment affirmed.*

Accusation of gaming, from city court of Hall county—Judge
Boone.  December 7, 1907.

Submitted January 14,—Decided January 27, 1908.
*W. B. Sloan,* for plaintiff in error.
*Fletcher M. Johnson, solicitor,* contra.